460 A.2d 862

Commonwealth v. Brown, Appellant.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

460 A.2d 862

Commonwealth v. Campbell, Appellant.

Petition for Allowance of Appeal
Denied Aug. 29, 1983.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.